THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Jody
 Dutton,        Appellant.
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 
2005-UP-442
Submitted July, 1, 2005  Filed July 14, 2005

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph
 L. Savitz, III, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, all of Columbia;
 and Solicitor Druanne Dykes White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Jody Dutton
appeals his convictions and sentence for assault and battery of a high and
aggravated nature, arguing the circuit court failed to obtain a waiver of his
right against self-incrimination.  After a thorough review of the record
and counsels brief pursuant to Anders v. California, 386 U.S. 738
(1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
dismiss[1] Duttons appeal and
grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and BEATTY and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.